823 P.2d 70

**Deborah C. DEESE**

v.

**STATE FARM MUTUAL AUTOMOBILE.**

**No. CV–91–0323–PR.**

Supreme Court of Arizona.

Jan. 7, 1992.

ORDERED: Appellee's Petition for Review—GRANTED on both issues.

FURTHER ORDERED: The case is to be set for oral argument.

GORDON, C.J., did not participate in the determination of this matter.